

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>ADAM RYAN WITTHOEFT,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA11-53M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

　　Upon motion of <u>Defendant's counsel</u>, IT IS ORDERED that a detention hearing is set for <u>January 28</u>, <u>2011</u>, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Marc L. Goldman, United States Magistrate Judge</u>, in Courtroom <u>6A</u>.

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 1/26/11

MARC L. GOLDMAN
U.S. MAGISTRATE JUDGE
U.S. District Judge/Magistrate Judge